IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TINA HAMMONTREE, as the Surviving )
Daughter of GLENDA FAY ADAMS and )
as the Executor of the Estate of GLENDA )
FAY ADAMS, deceased, and CYNTHIA )
OWENBY, as the Surviving Daughter of )
GLENDA FAY ADAMS, deceased, )
)
Plaintiffs, ) CIVIL ACTION NO.
) 4:16-CV-00280
)
v. )
)
GEORGIA FREIGHTWAYS )
CORPORATION, DAVID J. GIBBONS, )
GREAT WEST CASUALTY COMPANY, )
DIRECT CHASSISLINK, INC., SOUTH )
ATLANTIC CONSOLIDATED CHASSIS )
POOL LLC, and INTERPOOL, INC. d/b/a )
TRAC INTERMODAL, )
)
Defendants. )

## ORDER

This action is before the court on Plaintiffs' Expedited Motion to Stay Deadlines and Discovery Pending Ruling on Motion to Remand and Memorandum of Law in Support Thereof. For good cause shown, the Motion is **GRANTED**. All case deadlines and discovery are hereby stayed pending the Court's ruling on the Plaintiffs' Motion to Remand.

SO ORDERED, this 20TH day of December, 2016.